**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-cv-81081-MIDDLEBROOKS**

NELSON FERNANDEZ,

    Plaintiff,

v.

FIREBIRDS INTERNATIONAL, LLC,

    Defendant.
_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon a Notice of Voluntary Dismissal With Prejudice filed by Plaintiff Nelson Fernandez on August 12, 2020. (DE 8). Plaintiff seeks to dismiss this case with prejudice. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1) This case is **DISMISSED WITH PREJUDICE**.

2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 13th day of August, 2020.

                                                       DONALD M. MIDDLEBROOKS
                                                       UNITED STATES DISTRICT JUDGE